**STRANGE & CARPENTER**
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

FILE NO. _____

March 6, 2014

lacounsel@earthlink.net
www.strangeandcarpenter.com

**VIA ECF AND HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Court for the Southern District of New York
500 South Pearl Street, Room 1950
New York, NY 10007

Re: *In re: Aluminum Warehousing Antitrust Litigation (13 MD 2481 (KBF))*

Dear Judge Forrest:

In accordance with Rule 2(C) of the Court's Individual Practices in Civil Cases, please find enclosed courtesy copies of the following papers filed via ECF on March 5, 2014:

| ECF | Title |
|---|---|
| 214 | Letter Addressed to Judge Katherine B. Forrest from Douglas G. Thompson Jr. and Brian R. Strange dated March 5, 2014 re: [Proposed] Case Management Order No. 2 |
| 214-1 | Certificate of Service |

Pursuant to paragraphs 1(A) and (E) of the Court's Individual Practices in Civil Cases, the documents above were also emailed to the Court on March 5, 2014 by Eugene J. Benick.

Respectfully,

Brian R. Strange
Keith Butler
STRANGE & CARPENTER
*Counsel for Plaintiff David Kohlenberg*

Douglas G. Thompson
Michael G. McLellan
Eugene J. Benick
FINKELSTEIN THOMPSON LLP
*Counsel for Plaintiffs Daniel Javorsky and Brick Pizzeria LLC*

cc: Counsel of Record

Enclosures.